# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. YAND, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00389-DAD-SAB<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 6) |

Antoine Deshawn Barnes ("Plaintiff) is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2020, Plaintiff filed an application to proceed *in forma pauperis* in this action. Plaintiff's application was granted on March 30, 2020. On this same date, Plaintiff filed another application to proceed *in forma pauperis*. As Plaintiff has previously been granted *in forma pauperis* status in this action, the March 30, 2020 application to proceed *in forma pauperis* is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **April 1, 2020**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1