UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>             Plaintiff,<br><br>      v.<br><br>W. YAND, et al.,<br><br>             Defendants. | No.  1:20-cv-00389-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 10) |

Plaintiff Antoine Deshawn Barnes is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2020, the assigned magistrate judge issued the pending findings and recommendations, recommending that this action proceed only on plaintiff's Fourth Amendment unreasonable search and seizure claim against defendant Yand.  (Doc. No. 10.)  Because plaintiff was previously granted leave to amend and was provided with the relevant legal standards applicable to the claims he was apparently attempting to assert, the findings and recommendations recommend the dismissal of all other claims and defendants without further leave to amend.  (*Id.* at 7.)  The findings and recommendations also recommend the denial of plaintiff's request for an injunction making it illegal for law enforcement officers to stop and frisk individuals in the United States.  (*Id.*)  The findings and recommendation were served on plaintiff

and contained notice that any objections were to be filed within thirty (30) days after service. (*Id*.) Plaintiff has not filed any objections, and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 16, 2020 (Doc. No. 10) are adopted in full;
2. This action now proceeds only on plaintiff's Fourth Amendment unreasonable search and seizure claim against defendant Yand;
3. All other claims and defendants are dismissed;
4. Plaintiff's request for an injunction making it illegal for law enforcement officers to stop and frisk individuals in the United States is denied; and
5. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **June 8, 2020**                                    /s/ Dale A. Drozd
                                                           UNITED STATES DISTRICT JUDGE

2