# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. YAND, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00389-DAD-SAB<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF No. 11)<br><br>THIRTY DAY DEADLINE |

　　　Antoine Deshawn Barnes ("Plaintiff") is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 16, 2018, the undersigned filed findings and recommendations recommending that this action proceed against Defendant Yand for a search and seizure in violation of the Fourth Amendment and that all other claims be dismissed. The findings and recommendations were adopted in full on June 9, 2020, and the matter was referred back to the undersigned for further proceedings.

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service shall be initiated on the following defendants:

　　　　　　**Hanford Police Officer W. Yand**

　　　2.　　The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1)

summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed April 14, 2020;

      3.      Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

      a.      One completed summons for each defendant listed above;

      b.      One completed USM-285 form for each defendant listed above; and

      c.      Two (2) copies of the endorsed first amended complaint filed April 14, 2020;

      4.      Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

      5.      The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **June 9, 2020**

                                  UNITED STATES MAGISTRATE JUDGE