UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, | No. 1:20-cv-00389-DAD-SAB |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| W. YAND, et al., | |
| Defendants. | (Doc. No. 22) |

Plaintiff Antoine Deshawn Barnes is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2020, the assigned magistrate judge issued an order finding service of the complaint appropriate as to defendant W. Yand.  (Doc. No. 12.)  Plaintiff returned service documents which were forwarded to the United States Marshal on June 23, 2020 to effect service of process.  (Doc. No. 15.)  On September 9, 2020, the United States Marshal returned the summons unexecuted.  (Doc. No. 18.)  The magistrate judge subsequently issued an order requiring plaintiff to provide further information identifying defendant Yand so that service could be effected.  (Doc. Nos. 19.)  Plaintiff received an extension of time to respond, but has still filed
/////

no further information in response to that order and the time to do so, as extended, has passed. (Doc. No. 20.)

Accordingly, on December 10, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to serve defendant Yand in compliance with Rule 4(m) of the Federal Rules of Civil Procedure and failure to comply with a court order. (Doc. No. 22 at 6.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within fourteen (14) days after service. (*Id.*) The time for filing objections has also passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 10, 2020 (Doc. No. 22) are adopted in full;
2. This action is dismissed for failure to serve in compliance with Rule 4(m) of the Federal Rules of Civil Procedure and failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 5, 2021**

UNITED STATES DISTRICT JUDGE

2